FILED

08/25/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0260

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0260

STATE OF MONTANA,

      Plaintiff and Appellee,

    v.

DANIELLE WOOD,

      Defendant and Appellant.

## ORDER

Upon consideration of Appellee's motion for leave to file an overlength brief, and good cause appearing therefor,

IT IS HEREBY ORDERED that Appellee is granted leave to file a response brief of not more than 16,368 words.

**BB**

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
August 25 2023